**Order filed December 11, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00129-CR

_____

## LANNY MARVIN BUSH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**
**Coleman County, Texas**
**Trial Court Cause No. 2602**

### O R D E R

Appellant's court-appointed attorney of record, Perry B. Sims, has filed in this court a motion to withdraw as counsel for Appellant. Counsel states that he "has accepted an offer to become an Assistant District Attorney for the 452nd Judicial District" and that he must, therefore, withdraw from the practice of criminal defense. Counsel's motion complies with TEX. R. APP. P. 6.5. The motion is granted, and the appeal is abated.

The trial court is directed to appoint new counsel to represent Appellant on appeal, and the trial court clerk is instructed to file in this court on or before December 31, 2014, a supplemental clerk's record evidencing such appointment. The appeal will be reinstated when the supplemental clerk's record is filed in this court.

PER CURIAM

December 11, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.